# UNITED STATES DISTRICT COURT
Western District of Wisconsin

| | |
|---|---|
| **CHRIS JACOBS III,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-032-bbc |
| **PETER HUIBREGSTE, Warden,**<br>**Wisconsin Secure Program Facility,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that Chris Jacob III's petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE as an unauthorized successive petition over which this court lacks jurisdiction.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                            01/29/09
_____                    _____
**by Deputy Clerk**                                                              Date